IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT M. VAUGHN,

           Petitioner,                No. CIV S-08-1749 LKK KJM P

    vs.

D.K. SISTO,

           Respondent.        <u>ORDER</u>

_____/

          Petitioner has requested an extension of time to file and serve an opposition to respondent's March 23, 2009 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

          1.  Petitioner's request for an extension of time (Docket No. 14) is granted; and

          2.  Petitioner shall file and serve an opposition to respondent's March 23, 2009 motion to dismiss on or before May 22, 2009.

DATED: April 17, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
vaug1749.111