IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT M. VAUGHN,

    Petitioner,                    No. CIV S-08-1749 LKK KJM P

    vs.

JOHN W. HAVILAND,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, filed a notice of appeal of this court's August 31, 2009 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).

For the reasons set forth in the magistrate judge's July 15, 2009 findings and recommendations, and this court's August 31, 2009 order, jurists of reason would not find it debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: January 8, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT